IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 5 2009

~~NANCY MAYER WHITTINGTON~~, CLERK
U.S. DISTRICT COURT

MUHAMMED RAHIM,              )
                            )
            Petitioner,     )
                            )
    v.                      )        Civil Action No. 09-1385 (PLF)
                            )
BARACK OBAMA,               )
President of the United States, *et al.*,  )
                            )
            Respondents.    )
                            )

[~~PROPOSED~~] **ORDER**

The Court, having considered the parties' Joint Status Report filed December 14, 2009,

hereby **ORDERS** that the parties submit a joint status report regarding discovery ~~within thirty~~
on January 15, 2009
~~(30) days of the date of this order.~~

IT IS SO **ORDERED**, this _15th_ day of _December_, 20_09_

_____
Paul L. Friedman
United States District Judge